FILED
2020 FEB 26 PM 3:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SACR20-00034-JLS |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 371: Conspiracy] |
| MICHAEL HUNG LEE, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 371]

A.  INTRODUCTORY ALLEGATION

1.  From 2014 through 2018, defendant MICHAEL HUNG LEE owned and operated a tax preparation service located in Garden Grove, California. During that time, defendant LEE was an enrolled agent with the Internal Revenue Service.

B.  THE OBJECT OF THE CONSPIRACY

2.  Beginning in or around 2014 and continuing to in or around March 2018, in Orange County, within the Central District of California, and elsewhere, defendant LEE and A.V., a tax

preparer working for defendant LEE, together with others known and unknown to the United States Attorney, conspired with each other to knowingly and intentionally commit an offense against the United States, namely, the aiding and assisting in the preparation of a fraudulent tax return, in violation of Title 26, United States Code, Section 7206(2).

C. <u>THE MANNER AND MEANS OF THE CONSPIRACY</u>

3. The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

    a. While preparing taxpayer-clients' federal tax returns for filing with the Internal Revenue Service ("IRS"), defendant LEE, at times with A.V., willfully claimed false deductions for his taxpayer-clients, in some instances without their knowledge or consent, in order to reduce their tax liability to the IRS.

    b. Defendant LEE and A.V. then filed the fraudulently prepared tax returns on behalf of their taxpayer-clients with the IRS.

    c. From this conspiracy, defendant LEE caused approximately $4,917,035.76 in tax loss to the IRS.

D. <u>OVERT ACT</u>

4. On or about April 4, 2014, in furtherance of the conspiracy and to accomplish its object, defendant LEE and A.V., together with others known and unknown to the United States Attorney, committed and willfully caused others to commit an overt act within the Central District of California, namely, defendant LEE willfully aided and assisted in, and procured,

2

counseled, and advised the preparation and presentation to the IRS, of U.S. Individual Income Tax Return, Form 1040, for the tax year 2013 and in the name of taxpayer K.W., which return was false and fraudulent as to a material matter, in that the tax return falsely claimed a refund, based, in part, upon a false Schedule D loss deduction, whereas, as defendant LEE then knew, K.W. was not entitled to claim such deduction.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division* For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office